IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>CLARENCE WALKER,     )<br>)<br>Defendant.    ) | Criminal Action No. 06- 88. |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Clarence Walker.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: August 10, 2006

**AND NOW**, to wit, this __10__ day of __August__, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Clarence Walker.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge