IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **_FILED UNDER SEAL_** |
| | ) | |
| v. | ) | Criminal Action No. 06- 88 |
| | ) | |
| CLARENCE WALKER | ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Clarence Walker, as a result of the Indictment returned against him on August 10, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: August 10, 2006

AND NOW, this __10__ day of __August__, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Clarence Walker.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge