IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **FILED UNDER SEAL** |
| | ) |
| v. | ) Criminal Action No. 06-88 |
| | ) |
| CLARENCE WALKER, | ) |
| | ) |
| Defendant. | ) ~~SEALED~~ Unsealed 9/19/06 |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On August 10, 2006, the defendant, Clarence Walker, was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Clarence Walker (d.o.b. 12/25/1978) is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for September 19, 2006, at 8:30 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Clarence Walker before this Court on September 19, 2006, at 8:30 a.m. for an Initial Appearance and to be held in federal custody until the conclusion of the federal prosecution.

FILED
SEP 11 2006

COLM F. CONNOLLY
United States Attorney


By: _____
Ilana H. Eisenstein
Assistant United States Attorney


Dated:  September 11, 2006



**IT IS SO ORDERED** this ____ day of _____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court