IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-88-UNA |
| v. | § | |
| | § | |
| CLARENCE WALKER | § | |
| Defendant. | § | |

SEALED  Unsealed 9/19/06 (tw)

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **CLARENCE WALKER** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **CLARENCE WALKER** was charged with a violation of 18 U.S.C. SECTION 922(g)(1) and 924(a)(2). The defendant is scheduled for an **INITIAL APPEARANCE on TUESDAY, SEPTEMBER 19,2006** at **8:30 AM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the charges. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 11TH day of September 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk