IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | C.A. NO.: CR 06-88 SLR |
| | : : | |
| | : : | |
| vs. | : : | |
| | : : | |
| | : : | |
| CLARENCE WALKER | : : | |

**MOTION TO SUPPRESS EVIDENCE**

TO THE HONORABLE THE JUDGE OF THE SAID COURT:

Defendant CLARENCE WALKER, by his attorney Mark S. Greenberg, Esquire, respectfully represents:

1. Defendant has been charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922 (g)(1).

2. On or about July 7, 2006, the defendant was a passenger inside of a vehicle when the vehicle was stopped by the police based upon uncorroborated information supplied by an anonymous informant. This stop and seizure was neither supported by probable cause or reasonable suspicion.

3. After the vehicle was stopped, the police searched the defendant, at gun point, and recovered a firearm. This search was neither supported by probable cause or reasonable suspicion.

4. Subsequent to the unlawful search and recovery of the firearm, the defendant made incriminating admissions which constitute the fruits of the unlawful search.

5.     This case is controlled by the Third Circuit's recent decision in <u>United States v. Mosley</u>, 454 F.3d 249 (3rd Cir. 2006), which holds that when a vehicle is stopped illegally by the police, no evidence found during the stop, nor fruits thereof, may be used by the government against any occupant of the vehicle.

WHEREFORE, defendant respectfully requests this Court to grant his Motion to Suppress Evidence pursuant to the Fourth Amendment.

    Respectfully submitted:

    /s/

    _____

    MARK S. GREENBERG, ESQUIRE
    Attorney for Defendant
    CLARENCE WALKER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | C.A. NO.: CR 06-88 SLR |
| | : : | |
| | : : | |
| vs. | : : | |
| | : : | |
| | : : | |
| CLARENCE WALKER | : : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date listed below, I electronically filed **Defendant's Motion to Suppress Evidence** with the Clerk of Court using CM/ECF which will send notification of such filing to the following AUSA Ilana H. Eisenstein, 1007 Orange Street, Suite 700, Wilmington, DE 19889, on the date below.

/s/ Mark S. Greenberg
_____
MARK S. GREENBERG, ESQUIRE
LACHEEN, DIXON, WITTELS AND GREENBERG, LLP,
1429 Walnut Street, #1301
Philadelphia, PA 19102
215-735-5900
MarkSGreenberg@aol.com
Attorney for Defendant
CLARENCE WALKER

DATED: September 29, 2006

3