IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-088-SLR |
| ) | |
| CLARENCE WALKER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 29th day of September, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, October 12, 2006** at **11:30 a.m.**, with the court initiating said call.

_____
United States District Judge