IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-088-SLR |
| | : | |
| CLARENCE WALKER, | : | |
| | : | |
| Defendant. | : | |

**MOTION AND ORDER TO DISMISS**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss the above-captioned action in the interests of justice. In support of its motion, the government states as follows: Based on information that came to light yesterday, the government is concerned that proceeding with this case would implicate safety concerns and be to the detriment of ongoing criminal investigations by federal and local law enforcement agencies. The government is willing to discuss further its reason for this Motion with the Court ex parte, if the Court wishes.

    Respectfully submitted.

    COLM F. CONNOLLY
    UNITED STATES ATTORNEY


BY:  /s/_____
    Sophie E. Bryan
    Assistant United States Attorney

Dated:  October 19, 2006

-2-

**AND NOW**, this _____ day of October, 2006, based upon review of the foregoing Motion, it is **ORDERED** that this action be dismissed in the interests of justice.

 

 

_____
Honorable Sue L. Robinson
United States District Court Chief Judge